UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

ORIGINAL ALLAH                          :

                                        :

                   Plaintiff(s)          :      **JUDGMENT**

          (vs)                           :
                                                Civil #09-02367   (RBK)
BAYSIDE STATE PRISON, ET AL.             :

                                        :

                   Defendant(s)

-------------------------------------------------------------------------

The Hon. John W. Bissell, Special Master, appointed by this Court

having found on February 3, 2012 and no timely objection having been filed,

          IT IS, on this 28th day of February  2012

          ORDERED that the report of Hon. John W. Bissell dated February 3, 2011

is hereby affirmed and Judgment of No Cause for Action be entered in favor of defendants

**Bayside State Prison, et al.** and against plaintiff **Original Allah**.


                              _____
                              HON. ROBERT B. KUGLER, U.S.D.J.